IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SVEN WARD,**
ADC # 127219                                                                                           **PETITIONER**

v.                         Case No. 5:13-CV-00114 KGB-JTK

**RAY HOBBS, Director,**
Arkansas Department of Correction                                                  **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerome T. Kearney (Dkt. No. 7). There have been no objections, and the time for filing objections has passed. After careful review, the Court finds that the Proposed Findings and Recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that petitioner Sven Ward's petition for writ of habeas corpus is denied and dismissed with prejudice. The Court will not issue a certificate of appealability because Mr. Ward has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 20th day of May, 2015.

_____
Kristine G. Baker
United States District Judge