IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SVEN WARD,**
**ADC # 127219**                                                                  **PETITIONER**

**v.**               **Case No. 5:13-CV-00114 KGB-JTK**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered on this day, it is considered, ordered, and adjudged that this habeas action is dismissed with prejudice. The certificate of appealability is denied.

SO ADJUDGED this 20th day of May, 2015.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge